IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARRIET ANDERSON, ET AL          :     CIVIL ACTION
                                 :
VS.                              :     NO.  02-4573
                                 :
                                 :

PRUDENTIAL PROPERTY &
CASUALTY INSURANCE CO.

### ORDER

AND NOW, this 16th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. DuBois to the Honorable Bruce W. Kauffman.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court